CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
JOHN L. WOLLMAN (CABN 197362)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7031
Facsimile: (415) 436-7234
John.Wollman@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHUSHMA THODIMA,<br>Plaintiff,<br>v.<br>MARKWAYNE MULLIN, Secretary, United States Department of Homeland Security, *et al.*,<br>Defendants. | Case No. 5:26-cv-07738 SVK<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT; AND ~~[PROPOSED]~~ ORDER** |

The parties, through their undersigned attorneys, hereby stipulate to an extension of time for Defendants' response to Plaintiff's complaint. Defendants will file their response on or before November 9, 2026. The parties make this request because the agency is in the process of reviewing this case and needs a brief period of additional time to prepare their response.

The parties further request a corresponding extension to the deadline for filing a summary judgment motion under the Court's Immigration Mandamus Procedural Order. Dkt. No. 4. Currently, Defendants must file a motion for summary judgment by 120 days after the complaint was served, or December 11, 2026. In view of the agreed-upon extension for Defendants' response to the complaint, the parties request that Defendants must file their motion for summary judgment by January 11, 2027.

Dated: October 8, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ John L. Wollman*
JOHN L. WOLLMAN
Assistant United States Attorney
Attorneys for Defendants

Dated: October 8, 2026

*/s/ Arash Yasrebi*
ARASH YASREBI
Attorney for Plaintiff

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: October 14, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

## DECLARATION OF JOHN L. WOLLMAN

I, John L. Wollman, declare and state as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for the federal Defendants in the above-captioned action.

2. On July 26, 2026, Plaintiff filed a complaint in which she seeks adjudication of her Form I-485, Application to Register Permanent Residence or Adjust Status. *See* Dkt. No. 1. The case was served on our office on August 13, 2026.

3. My office has been conferring with the agency regarding this case, and we determined that Defendants need a brief period of additional time to prepare their response. Accordingly, my office contacted Plaintiff's counsel regarding Defendants' request for an extension of time and Plaintiff consented to the request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: October 8, 2026

*/s/ John L. Wollman*
JOHN L. WOLLMAN
Assistant United States Attorney