CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
JOHN L. WOLLMAN (CABN 197362)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7031
Facsimile: (415) 436-7234
John.wollman@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHUSHMA THODIMA,<br><br>Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary, United States Department of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 5:26-cv-07738 SVK<br><br>**STIPULATION TO STAY PROCEEDINGS; ~~[PROPOSED]~~ ORDER** |

The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until February 2, 2027. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

Plaintiff filed this mandamus action seeking adjudication of her Form I-485, Application to Register Permanent Residence or Adjust Status. United States Citizenship and Immigration Services ("USCIS") has scheduled an interview for Plaintiff on December 4, 2026. Following the interview, USCIS will need additional time to take further adjudicative action.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until February 2, 2027, at which time the parties will file a joint status report with the Court. At that time, the

parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: November 9, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ John L. Wollman*
JOHN L. WOLLMAN
Assistant United States Attorney
Attorneys for Defendants

Dated: November 9, 2026

*/s/ Arash Yasrebi*
ARASH YASREBI
Attorney for Plaintiff

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: November 13, 2026

Susan van Keulen
SUSAN VAN KEULEN
United States Magistrate Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.